BEFORE THE SECOND DIVISION, JULY 12, 1944

**No. 49618.**—Protest 837288–G of Absorbo Beer Pad Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is of the same dutiable character as that in *Absorbo Beer Pad Co., Inc.* v. *United States* (10 Cust. Ct. 176, C. D. 748). In accordance therewith the protest was sustained.

**No. 49619.**—Protests 831885–G, etc., of Northam Trading Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is of the same dutiable character as that in *Absorbo Beer Pad Co., Inc.* v. *United States* (10 Cust. Ct. 176, C. D. 748). In accordance therewith the protests were sustained.

BEFORE THE THIRD DIVISION, JULY 12, 1944

**No. 49620.**—Protests 899823–G, etc., of Du Val Moore & Co. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the cheese is similar to that passed upon in Abstracts 42146 and 42309 the claim was sustained as to the Edam and Gouda cheese in question.

**No. 49621.**—Protests 953442–G, etc., of Swift & Co. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar to that passed upon in Abstracts 36724 and 38185, an allowance was made for the weight of the paper or foil, or both, in which certain Gorgonzola cheese was wrapped.

**No. 49622.**—Protest 955321–G of Kraft Associated Distributors (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel that certain of the merchandise consists of cheese similar to that passed upon in Abstracts 36724 and 38185, an allowance was made for the weight of the paper or foil, or both, in which Gorgonzola cheese was wrapped. An allowance of 2½ percent was also made by the court on certain Gouda cheese stipulated to be similar to that passed upon in Abstracts 42146 and 42309.